UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                                                   Criminal No. 10-195 (JNE/JJK)
                                                                    ORDER

Brenda L. Epperly (3),

    Defendant.

This case is before the Court on a Report and Recommendation issued by the Honorable Jeffrey J. Keyes, United States Magistrate Judge, on October 19, 2010. The magistrate judge recommended denial of Defendant's Motion to Suppress Evidence. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 78]. Therefore, IT IS ORDERED THAT Defendant's Motion to Suppress Evidence [Docket No. 48] is DENIED.

Dated: November 30, 2010

                                                                            s/ Joan N. Ericksen
                                                                            JOAN N. ERICKSEN
                                                                            United States District Judge